**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                                                                    Keshia M. Jones
Clerk of Court                                                                                        Tampa Division Manager


TODD ROBERT PETROVIC,

    Plaintiff,

v.                                                                      Case No: 8:17-cv-2155-T-33AAS

MICHAEL TYLER WHITE and AMICA
MUTUAL INSURANCE COMPANY,

    Defendants.
_____

**TRANSMITTAL OF RECORD TO STATE COURT**

**State Court Case Number:** 17-2570-CI

Enclosed is a certified copy of the Order of Remand along with an extra copy of this letter. Please date stamp the copy of the letter and return it in the envelope provided.

October 3, 2017                              ELIZABETH M. WARREN, CLERK

                                                              By:    s/L. Silvia, Deputy Clerk


Enclosures

Date of Receipt:                                _____

By:                                              _____